IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO E. MENDEZ, | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-1027 |
| | ) | Judge Joy Flowers Conti/ |
| INS/ICE/DHS or Immigration Service or | ) | Magistrate Judge Amy Reynolds Hay |
| the Warden of New York County Prison in | ) | |
| Pennsylvania, | ) | |
| Respondents | ) | |

AND NOW, this 5th day of December, 2005, after the petitioner, Francisco E.

Mendez, filed an action in the above-captioned case,  and after a Report and Recommendation

was filed by the United States Magistrate Judge granting the parties ten days after being served

with a copy to file written objections thereto, and no objections having been filed, and upon

independent review of the  record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that this action is transferred forthwith to the United States

District Court for the Middle District of Pennsylvania;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Francisco E. Mendez
       87011-FC-42
       York County Prison
       3400 Concord Road
       York, PA 17402